UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:16-CV-14420-ROSENBERG/LYNCH

SANTIAGO ABREU,

    Plaintiff,

v.

EQUITY INVESTMENT CORPORATION,

    Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff Santiago Abreu's Notice of Voluntary Dismissal with Prejudice at docket entry 16. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines **TERMINATED**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 9th day of January, 2017.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record